AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

BIANCA FRANCIS )
)
)
)
Plaintiff(s) )
v. ) 8:22-cv-1033 WFJ-JSS
BAKER'S POND GROUP, LLLP ) Civil Action No. 8:-cv-01033-WFJ-JSS
)
)
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAKER'S POND GROUP, LLLP
201 COMMERCE DRIVE NORTH
LARGO, FL 33770

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BIANCA FRANCIS
1220 GOLDFINCH DR #6
PLANT CITY, FL 33563

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AlejandroCastillo

Date: May 20, 2022

*Signature of Clerk or Deputy Clerk*